June 3, 1983.

461 A.2d 864

Batten, et al., Appellants v. Business Loans, et al.

Argued January 20, 1982.  Steven M. Dranoff, for appellants;  Nicholas Scafidi, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.